MARY WAGNER, Respondent, v. D. WARD NICHOLS, as Presiding Bishop of the First Episcopal District of the African Methodist Episcopal Church, and as Presiding Officer of Each of the Conferences Comprised Thereunder, Appellants.—

Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *post,* p. 777.]